**884 MICHIGAN CENTRAL RAILROAD COMPANY vs. CIRCUIT JUDGE (Clinton), No. 12695½.**

To vacate an order granting a new trial, in a negligence case, where relator claims that the testimony clearly showed that

plaintiff was guilty of contributory negligence, and the court directed a verdict for defendant, relator here.

Order to show cause denied April 5, 1892.